**Victor DIAZ, Petitioner–Appellant,**

v.

**Richard MORGAN, Superintendent, Respondent–Appellee.**

No. 05–35200.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 3, 2006.

Filed April 2, 2007.

Victor Diaz, Walla Walla, WA, pro se.

Kathleen E. Moran, Esq., Federal Public Defender's Office, Spokane, WA, Nancy

D. Tenney, Esq., Federal Public Defender's Office, Western District of Washington, Seattle, WA, for Petitioner–Appellant.

John J. Samson, Esq., Office of the Washington Attorney General, Olympia, WA, for Respondent–Appellee.

Before: T.G. NELSON, GOULD, and BEA, Circuit Judges.

MEMORANDUM *

For the reasons stated in the memorandum disposition filed today in *Carranza v. Waddington,* 226 Fed.Appx. 777, the decision of the district court is

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.